**FILED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

OCT 1 6 2009

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Criminal Action No.: 99-0134 (RMU) |
| ELLIS SAWYER, III, | : | |
| Defendant. | : | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

This case comes before the court upon the receipt of a Report and Recommendation, dated September 24, 2009, from Magistrate Judge John M. Facciola, recommending that the court find that the defendant violated the conditions of his supervised release as alleged, that his term of supervised release be revoked and that the defendant be sentenced to the low end of the guidelines range of thirty-three (33) months. No objections to the Magistrate Judge's Report and Recommendation have been received by the court.

Accordingly, it is this 16th day of October, 2009, hereby

**ORDERED** that the Report and Recommendation filed September 24, 2009 in the above-captioned case is hereby **ADOPTED** and the defendant's supervised released is **REVOKED**; and it is

**FURTHER ORDERED** that the defendant is **SENTENCED** to a term of imprisonment of thirty-three (33) months.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge